UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN



FILED
FEB 21 2024
U.S. DISTRICT COURT
FLINT, MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA CALEB HAHN,

    Defendant.

Case: 4:24-cr-20076
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 02-21-2024
SEALED MATTER (tt)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1); Felon in Possession of a Firearm

On or about April 14, 2023, in the Eastern District of Michigan, JOSHUA CALEB HAHN, knowing that he had been convicted of a crime or crimes punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is a Smith and Wesson, M&P Springfield, .380 caliber shield pistol, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION
18 U.S.C. §924(d); 28 U.S.C. §2461

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461. Upon conviction of the offense charged in Count One of this Indictment, JOSHUA CALEB HAHN, shall forfeit to the United States, any firearm and ammunition involved in or used in any knowing violation of 18 U.S.C. § 922 including but not limited to a Smith and Wesson, M&P Springfield, .380 caliber shield pistol bearing serial number RDD2810, and 8 rounds of .380 caliber ammunition, in violation of 18 U.S.C. § 922(g)(l).

THIS IS A TRUE BILL.

                                                                                      s/FOREPERSON
                                                                                      FOREPERSON

Dated: February 21, 2024

DAWN N. ISON
United States Attorney

| | |
|---|---|
| s/NANCY A. ABRAHAM | ANTHONY P. VANCE |
| NANCY A. ABRAHAM | ANTHONY P. VANCE |
| Assistant United States Attorney | Assistant United States Attorney |
| 2nd Floor Federal Building | Chief, Branch Offices |
| 600 Church Street | |
| Flint, MI 48502 | |
| (810) 766-5177 | |

| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Case: 4:24-cr-20076<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 02-21-2024<br>SEALED MATTER (tt) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it a

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | **AUSA's Initials: NAA** |

Case Title:   USA v.  JOSHUA CALEB HAHN

County where offense occurred:   Genesee

Offense Type:   Felony

## Superseding Case Information

Superseding to Case No:   _____   Judge: _____

Reason:

**Defendant Name**          **Charges**          **Prior Complaint (if applicable)**

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

February 21, 2024
Date

s/Nancy A. Abraham

Nancy A. Abraham
Assistant United States Attorney
600 Church Street
Flint, MI 48502
nancy.abraham@usdoj.gov
(810) 766-5177

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.